IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HERBIE GARDNER**                                                                                    **PLAINTIFF**

**v.**                                      **Case No. 4:13CV00254 KGB**

**DESERT NDT, LLC**                                                                                    **DEFENDANT**

## ORDER

Before the Court is defendant Desert NDT, LLC's motion for admission to practice *pro hac vice* of J. Michael Rose and Scott K. Davidson (Dkt. No. 4).  The motion is granted pursuant to Local Rule 83.5.  Mr. Rose and Mr. Davidson shall be added as counsel of record for defendant.

SO ORDERED this the 12th day of July, 2013.

_____
Kristine G. Baker
United States District Judge