# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**HERBIE GARDNER**                                                                       **PLAINTIFF**

**v.**                           **Case No. 4:13-cv-00254 KGB**

**DESERT NDT, LLC**                                                         **DEFENDANT**

## ORDER

The parties have filed a joint stipulation for dismissal of this case with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 10). Accordingly, this case is dismissed with prejudice. Each party shall bear his or its own costs, attorney's fees, expert fees, and litigation expenses.

SO ORDERED this the 16th day of January, 2014.

_____
Kristine G. Baker
United States District Judge